| | |
|---|---|
| Matthew Righetti (Cal. State Bar No. 121012)<br>Righetti • Glugoski, P.C.<br>Presidio of San Francisco<br>220 Halleck Street, Suite 220<br>San Francisco, CA 94129<br>Tel.: (415) 983-0900<br>Fax: (415) 397-9005<br>Email: matt@righettilaw.com | Seth L. Neulight, CA Bar No. 184440<br>sneulight@nixonpeabody.com<br>Hillary J. Baca, CA Bar No. 288068<br>hbaca@nixonpeabody.com<br>NIXON PEABODY LLP<br>One Embarcadero Center, 32nd Floor<br>San Francisco, CA 94111<br>Telephone:    (415) 984-8200<br>Facsimile:    (415) 984-8300<br>*Attorneys for Defendant* |

Justin M. Scott (Cal. State Bar No. 302502)
Scott Employment Law, P.C.
160 Clairemont Avenue, Suite 610
Decatur, GA 30030
Tel.: (678) 780-4880
Fax: (478) 575-2590
Email: jscott@scottemploymentlaw.com

Tracey T. Barbaree (*admitted pro hac vice*)
Beth A. Moeller (*admitted pro hac vice*)
MOELLER BARBAREE LLP
1175 Peachtree Street N.E., Suite 1850
Atlanta, GA 30361
Tel.: (404) 748-9122
Email: tbarbaree@moellerbarbaree.com
Email: bmoeller@moellerbarbaree.com
*Attorneys for Plaintiffs and the
Putative Collective*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWEENA WASHINGTON and DAPHNE MOLEFE, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>CIRCLE MEDICAL TECHNOLOGIES, INC.,<br><br>            Defendant. | Case No. 3:23-cv-01420-LB<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING MEDIATION** |

Plaintiffs Edweena Washington and Daphne Molefe ("Plaintiffs") and Defendant Circle Medical Technologies, Inc. ("Defendant") (collectively, the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint in this action on March 27, 2023; and

WHEREAS, Defendant filed its Answer to Plaintiffs' Complaint on May 19, 2023; and

WHEREAS, the Parties have agreed to participate in private mediation of this case with mediator Lynn P. Cohn, Professor at the Northwestern University School of Law, which is scheduled for September 26, 2023; and

WHEREAS, the Parties have agreed to engage in informal discovery by exchanging relevant information and documents to prepare for the mediation; and

WHEREAS, the Parties maintain that a stay of formal proceedings would conserve costs and judicial resources by allowing them to focus on preparing for and conducting settlement negotiations at the mediation without burdening the Court and the Parties with formal litigation;

WHEREAS, upon completion of the mediation, the Parties will file a mediation status report to advise the Court of the outcome of the mediation;

WHEREAS, no Party to this action will be prejudiced by a stay of proceedings, and a stay will allow the Parties to avoid unnecessary costs and conserve judicial resources;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that:

1.  All proceeding in this action shall be stayed pending completion of the mediation on September 26, 2023; and

2.  The Parties will file with the Court a joint mediation status report on or before October 10, 2023.

/ / /

/ / /

IT IS SO STIPULATED.

Dated:  June 28, 2023                                SCOTT EMPLOYMENT LAW PC

                                                     By:  /s/ *Justin M Scott*_____
                                                          Justin M. Scott
                                                          *Attorneys for Plaintiffs*

Dated:  June 28, 2023                                NIXON PEABODY LLP

                                                     By:  /s/ *Seth L. Neulight*_____
                                                          Seth L. Neulight
                                                          Hillary J. Baca
                                                          *Attorneys for Defendant*

### Signature Attestation

Pursuant to Civil Local Rule 5-1(h)(3), the undersigned attests that each of the above signatories has concurred in the filing of this document.

/s/*Seth L. Neulight*

### **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 29, 2023                                 _____
                                                     HONORABLE LAUREL BEELER
                                                     United States Magistrate Judge